People of the State of Illinois, Plaintiff-Appellee, v. John Hopkins, Defendant-Appellant.

Gen. No. 49,680. 

First District, Second Division.

February 9, 1965.

John Hopkins, pro se, appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.